Emmett E. Middleton, appellant, v. North American Protective Association, appellee.

Opinion filed September 19, 1932. Rehearing denied October 10, 1932.

William A. Mills, for appellant. John A. MacNeil and Gillespie, Burke & Gillespie, for appellee.

Mr. Justice Fulton delivered the opinion of the court.